ORDERED UNSEALED on 02/21/2024  s/ judepeters
SEALED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **24mj0635-MSB**

The person charged as Maria Guadalupe GALLARDO TELLO now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Northern District of Texas with:

- False Statement During Purchase of a Firearm, in violation of 18 U.S.C. Sections 922(a)(6), 924(a)(2), and 2;
- Transferring a Firearm to an Out-of-State Resident, in violation of 18 U.S.C. Sections 922(a)(5), 924(a)(1)(D), and 2;
- Illegal Transportation into State Residency of Firearm Purchased or Acquired Outside of State of Residency, in violation of 18 U.S.C. Sections 922(a)(3), 924(a)(1)(D), and 2; and
- Forfeiture Notice, in violation of 18 U.S.C. 924(d) and 28 U.S.C. 2461(c).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 2/20/24

Jwan Rafo
Special Agent
Alcohol, Tobacco, Firearms and Explosives

Reviewed and Approved
Dated: 2/20/24

Assistant United States Attorney

**SEALED**

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 14 2024

CLERK, U.S. DISTRICT COURT
By_____
           Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| MARIA GUADALUPE GALLARDO-TELLO (01) | |
| RAMON NAVARRO-MEDINA (02) a/ka/ "this_mf_paco," "Salvador Navarro," "Jorge Quiroz Ortiz," "Jorge Omar Quiroz," and "Eric Martinez" | 4-24CR-039-Y |

## INDICTMENT

The Grand Jury Charges:

### Count One
### False Statement During Purchase of a Firearm
### (Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

On or about February 12, 2022, in the Fort Worth Division of the Northern District of Texas, defendant, **Maria Guadalupe Gallardo-Tello**, aided and abetted by others known and unknown, did in connection with the purchase and acquisition of the following firearms:

(1) a Glock, model 42, .380-caliber pistol, bearing serial number AGFF827;

(2) an HS Produkt (IM Metal), model XD9, 9mm-caliber pistol, bearing serial number BA557062;

(3) a Glock, model 43, 9mm-caliber pistol, bearing serial number AGBH701;

(4) a Ruger, model EC9S, 9mm-caliber pistol, bearing serial number 461-12133; and

Indictment - Page 1

    (5) a Ruger, model LCP, .380-caliber pistol, bearing serial number 379032738;

from a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written and oral statement, which such statement was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the sale and acquisition of the said firearms to defendant **Maria Guadalupe Gallardo-Tello** under chapter 44 of Title 18, in that the defendant represented she was the actual transferee and buyer of the said firearms when in fact she was purchasing the said firearms on behalf of another person.

  In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

## Count Two
### False Statement During Purchase of a Firearm
### (Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

On or about February 13, 2022, in the Fort Worth Division of the Northern District of Texas, defendant, **Maria Guadalupe Gallardo-Tello,** aided and abetted by others known and unknown, did in connection with the purchase and acquisition of the following firearms:

(1) a Taurus, model G2C, 9mm pistol, bearing serial number ACL532731;

(2) a Taurus, model G3C, 9mm pistol, bearing serial number ACK427101;

(3) a Glock, model 22, .40-caliber pistol, bearing serial number BVKX732;

(4) a Glock, model 19, 9mm-caliber pistol, bearing serial number BVGU441;

(5) a Glock, model 17, 9mm-caliber pistol, bearing serial number BUMY936;

(6) a Ruger, model Ruger-57, 5.7-caliber pistol, bearing serial number 643-31701;

(7) an HS Produkt, model XDE, 9mm-caliber pistol, bearing serial number BA409359;

(8) an HS Produkt, model XDE, 9mm-caliber pistol, bearing serial number BA737640;

(9) a Taurus, model G2C, 9mm-caliber pistol, bearing serial number 1C059489;

(10) a Taurus, model G2C, 9mm-caliber pistol, bearing serial number 1C059876;

(11) a Taurus, model G3C, 9mm-caliber pistol, bearing serial number ACK427090;

    (12) a Taurus, model G3C, 9mm-caliber pistol, bearing serial number ACK409129; and

    (13) a Taurus, model G3, 9mm-caliber pistol, bearing serial number ACK409518;

from a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written and oral statement, which such statement was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the sale and acquisition of the said firearms to defendant **Maria Guadalupe Gallardo-Tello** under chapter 44 of Title 18, in that the defendant represented she was the actual transferee and buyer of the said firearms when in fact she was purchasing the said firearms on behalf of another person.

  In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

## Count Three
### False Statement During Purchase of a Firearm
(Violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

On or about March 12, 2022, in the Fort Worth Division of the Northern District of Texas, defendant, **Maria Guadalupe Gallardo-Tello**, aided and abetted by others known and unknown, did in connection with the purchase and acquisition of the following firearms:

(1) a Ruger, model LCP, .380-caliber pistol, bearing serial number 379060191;

(2) a Taurus, model G2C, 9mm pistol, bearing serial number ADA873420;

(3) a Taurus, model G3C, .40-caliber pistol, bearing serial number ACJ293445;

(4) a Taurus, model G3, 9mm-caliber pistol, bearing serial number ACL585961;

(5) a Taurus, model G3C, 9mm-caliber pistol, bearing serial number ACN730343;

(6) a Taurus, model G3, 9mm-caliber pistol, bearing serial number ACJ223293;

(7) a Smith & Wesson, model SD40VE, .40-caliber pistol, bearing serial number FDW4777;

(8) a Canik55, model TP-9 Elite, 9mm-caliber pistol, bearing serial number T6472-21CB58372;

(9) a Smith & Wesson, model M&P 380 Shield EZ, .380-caliber pistol, bearing serial number NKW2187;

(10) a Ruger, model LCP, .380-caliber pistol, bearing serial number 381352348;

(11) a Glock, model 26, 9mm-caliber pistol, bearing serial number BWHV991;

(12) a Glock, model 42, .380-caliber pistol, bearing serial number AGFG101;

(13) a SCCY Industries, LLC (SKYY Ind.), model CPX-1, 9mm-caliber pistol, bearing serial number C191382;

(14) a Ruger, model Ruger-57, 5.7-caliber pistol, bearing serial number 643-49153;

(15) a Ruger, model Ruger-57, 5.7-caliber pistol, bearing serial number 643-31663; and

(16) a Ruger, model Ruger-57, 5.7-caliber pistol, bearing serial number 643-75361

from a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written and oral statement, which such statement was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the sale and acquisition of the said firearms to defendant **Maria Guadalupe Gallardo-Tello** under chapter 44 of Title 18, in that the defendant represented she was the actual transferee and buyer of the said firearms when in fact she was purchasing the said firearms on behalf of another person.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2

## Count Four
### Transferring a Firearm to an Out-of-State Resident
(Violation of 18 U.S.C. §§ 922(a)(5), 924(a)(1)(D), and 2)

Between in or about August of 2021 and in or about June of 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants, **Maria Guadalupe Gallardo-Tello** and **Ramon Navarro-Medina**, also known as this_mf_paco, Salvador Navarro, Jorge Quiroz Ortiz, Jorge Omar Quiroz, and Eric Martinez, not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, and aiding and abetting each other and Marco Olivera and others known and unknown, did willfully sell, trade, give, transport, and deliver firearms to Marco Olivera, a person who was not a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, knowing and having reasonable cause to believe that Marco Olivera did not reside in the State of Texas, the state in which defendants **Maria Guadalupe Gallardo-Tello and Ramon Navarro-Medina**, also known as this_mf_paco, Salvador Navarro, Jorge Quiroz Ortiz, Jorge Omar Quiroz, and Eric Martinez, were residing at the time of selling, trading, giving, transporting, and delivering the firearms.

In violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D) and 2.

Indictment - Page 7

## Count Five
### Illegal Transportation into State of Residency of Firearm Purchased or Acquired Outside of State of Residency
### (Violation of 18 U.S.C. §§ 922(a)(3), 924(a)(1)(D), and 2)

Between in or about August of 2021 and in or about June of 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Maria Guadalupe Gallardo-Tello** and **Ramon Navarro-Medina**, also known as this_mf_paco, Salvador Navarro, Jorge Quiroz Ortiz, Jorge Omar Quiroz, and Eric Martinez, not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully aid and abet Marco Olivera, who was not a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, in transporting firearms into the State of California wherein Marco Olivera resided, said firearms having been purchased in the State of Texas by Marco Olivera and defendants **Maria Guadalupe Gallardo-Tello and Ramon Navarro-Medina**, also known as this_mf_paco, Salvador Navarro, Jorge Quiroz Ortiz, Jorge Omar Quiroz, and Eric Martinez, aiding and abetting each other.

In violation of 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D) and 2.

Indictment - Page 8

## Count Six
### Firearm Possession by a Prohibited Person
(Violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2) (2021))

On or about April 23, 2021, in the Northern District of Texas, the defendant, **Ramon Navarro-Medina**, also known as this_mf_paco, Salvador Navarro, Jorge Quiroz Ortiz, Jorge Omar Quiroz, and Eric Martinez, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: a Glock, model 26, 9mm-caliber pistol, bearing serial number BKGP981, in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2) (2021).

## Forfeiture Notice
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offenses alleged in counts one through six of this indictment, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendants, **Maria Guadalupe Gallardo-Tello** and **Ramon Navarro-Medina**, also known as this_mf_paco, Salvador Navarro, Jorge Quiroz Ortiz, Jorge Omar Quiroz, and Eric Martinez, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offenses, including but not limited to, the firearms listed in counts one through three and six of this indictment, which are incorporated by reference, and any associated firearm accessory.

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: Frank.Gatto@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MARIA GUADALUPE GALLARDO-TELLO (01)
RAMON NAVARRO-MEDINA (02)
a/ka/ "this_mf_paco," "Salvador Navarro," "Jorge Quiroz Ortiz,"
"Jorge Omar Quiroz," and "Eric Martinez"

---

INDICTMENT

18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2
False Statement During Purchase of a Firearm
Counts 1 – 3

18 U.S.C. §§ 922(a)(5), 924(a)(1)(D), and 2
Transferring a Firearm to an Out-of-State Resident
Count 4

18 U.S.C. §§ 922(a)(3), 924(a)(1)(D), and 2
Illegal Transportation into State of Residency of
Firearm Purchased or Acquired Outside of State of Residency
Count 5

18 U.S.C. §§ 922(g)(5) and 924(a)(2) (2021)
Firearm Possession by a Prohibited Person
Count 6

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FORT WORTH                                                                                    FOREPERSON

Filed in open court this 14th day of February, 2024.

**Warrants to Issue**

UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter

# United States District Court
## Northern District of Texas
Fort Worth Intake

UNITED STATES OF AMERICA

V.

Maria Guadalupe Gallardo-Tello

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 4:24-cr-00039-Y

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Maria Guadalupe Gallardo-Tello

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

False Statement During Purchase of a Firearm, Transferring a Firearm to an Out- of-State Resident, Illegal Transportation into State of Residency of Firearm Purchased or Acquired Outside of State of Residency

in violation of Title   18

United States Code, Section(s)

922(a)(6), 924(a)(2) and 2, 922(a)(5) and 924(a)(l)(D) and 2, 922(a)(3) and 924(a)(l)(D) and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L. Cureton
Judge

2/15/2024
Date

Fort Worth, TX
Location

s/ S. Cameron
(By) Deputy Clerk

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |